THIS OPINION
 HAS NO PRECEDENTIAL VALUE, IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lawrence Reyes Waller, Appellant.
 
 
 

Appeal from Greenville County
 G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No.  2008-UP-629
 Submitted November 3, 2008  Filed
November 12, 2008  

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Julie M. Thames, all of Columbia; and Solicitor
 Robert Mills Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Lawrence Reyes Waller appeals his armed robbery and conspiracy
 convictions.  He argues the trial court erred in admitting the written
 statement of Jarvis Clement pursuant to Rule 801(d)(1)(B), SCRE.  We affirm[1] pursuant to Rule 220(b), SCACR, and the
 following authority: State v. Nelson, Op. No. 4423 (Ct. App. filed July
 8, 2008) (Shearouse Adv. Sh. No. 29 at 91)[2] (setting forth four elements that must be satisfied before a prior consistent
 statement can be admitted into evidence pursuant to Rule 801(d)(1)(B), SCRE,
 and holding Clements written statement was properly admitted into evidence at
 trial).
AFFIRMED.
HEARN,
 C.J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this
case without oral argument pursuant to Rule 215, SCACR.
[2] Donnie Nelson was one of Wallers co-defendants.  Both
 men were convicted for their involvement in the robbery of Blessingames
 barbershop. Nelson and Waller presented the same issue on appeal in separate
briefs.